AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
FEB 17 2016
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

United States of America
v.
Quinn Ausidi Goffigan

*Defendant(s)*

Case No. 2:16-mj- 82

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 19th, 2014__ in the county of __Virginia Beach City__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) | Possession with Intent to Distribute Cocaine and Cocaine Base |

This criminal complaint is based on these facts:
Please see the attached affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Kevin Hudson

*Complainant's signature*
TFO James Thomas, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/17/16

*Judge's signature*
Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

City and state: Norfolk, Virginia