IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 2:16-cr-34 |
| | ) | |
| QUINN AUSIDI GOFFIGAN, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION AND NOTICE PURSUANT TO 21 U.S.C. § 851

The United States Attorney hereby files Notice and charges pursuant to 21 U.S.C. § 851, as required before trial or entry of a guilty plea, that QUINN AUSIDI GOFFIGAN faces enhanced punishment under 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), as charged in the superseding indictment, because he was previously convicted of the following felony offense:

> On October 10th, 2004, in Virginia Beach, Virginia, the defendant was convicted of Manufacture, Sell, Distribute or Possess a Controlled Substance with Intent to Manufacture, Sell or Distribute, in violation of Virginia Code § 18.2-248. The defendant was sentenced to five years in the penitentiary on the conviction.

Respectfully submitted,

Dana J. Boente
United States Attorney

By:     /s/Kevin Hudson
Kevin Hudson
Assistant United States Attorney
Virginia State Bar No. 81420
Attorney for the United States
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number: (757) 441-6331
Facsimile Number: (757) 441-6689
Email Address: kevin.hudson@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 13th day of April, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to all counsel of record.

                                        /s/Kevin Hudson
                              Kevin Hudson
                              Assistant United States Attorney
                              Virginia State Bar No. 81420
                              Attorney for the United States
                              101 West Main Street, Suite 8000
                              Norfolk, VA 23510
                              Office Number: (757) 441-6331
                              Facsimile Number: (757) 441-6689
                              Email Address:  kevin.hudson@usdoj.gov